**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant United States Trustee
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
Email kate.bunker@usdoj.gov

FILED & ENTERED

DEC 13 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**GREGORY G. SMITH, M.D., A PROFESSIONAL CORPORATION,**<br><br>　　　　　　　　　　Debtor. | Case No. 1:21-bk-11688-VK<br><br>Chapter 11<br><br>**ORDER DISMISSING CASE AND RELATED ADVERSARY PROCEEDING**<br><br>Date:　December 9, 2021<br>Time:　1:00 p.m.<br>Crtm:　301 |

　　　A hearing on the United States Trustee's Motion Under 11 U.S.C. § 1112(b) to Dismiss or Convert Case Under 11 U.S.C. § 1112(b) [Docket No. 19] was held at the above-referenced time and place. Appearances were made by Katherine Bunker on behalf of the United States Trustee and John-Patrick M. Fritz, the subchapter V trustee. Neither counsel nor a representative of the Debtor appeared. The Court having considered the motion and for the reasons stated at the hearing, and good cause appearing, *it is hereby*

　　　///

　　　//

　　　///

　　　///

　　　//

　　　///

ORDERED, that this case is dismissed pursuant to 11 U.S.C. § 1112(b)(1) and (b)(4)(C), (F), and (H); *and it is further*

ORDERED, *that the pending adversary proceeding related to this case (Adv. No. 1:21-ap-01066-VK) is dismissed for the resulting lack of jurisdiction.*

###

Date: December 13, 2021

Victoria S. Kaufman
United States Bankruptcy Judge