**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant United States Trustee
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
Email  kate.bunker@usdoj.gov

FILED & ENTERED

DEC 13 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**GREGORY G. SMITH, M.D., A PROFESSIONAL CORPORATION**,<br><br>Debtor. | Case No. 1:21-bk-11688-VK<br><br>Chapter 11<br><br>**ORDER DENYING AS MOOT APPROVAL OF STIPULATION TO APPOINT PATIENT CARE OMBUDSMAN**<br><br>Date:  December 9, 2021<br>Time:  2:00 p.m.<br>Crtm:  301 |

      A hearing was held on the Stipulation Between the United States Trustee and Gregory G. Smith, M.D., a Professional Corporation to Appoint Patient Care Ombudsman [Docket No. 44] (the "Stipulation"), with appearances as noted on the record.  The Court having considered the Stipulation and for good cause appearing and the reasons stated on the record,

///

///

///

IT IS HEREBY ORDERED that the Stipulation is denied as moot as this case is being ordered dismissed.

# # #

Date: December 13, 2021

Victoria S. Kaufman
United States Bankruptcy Judge